AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BERGER, ROBERT D. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT DISTRICT OF KANSAS | 3. Date of Report<br><br>07/17/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>125 U.S. COURTHOUSE<br>500 STATE AVENUE<br>KANSAS CITY, KS 66101 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 07/17/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwestern University School of Law Judicial Education Program | 03/27/2011-03/29/2011 | Chicago, IL | Judicial Symposium on Civil Justice Issues | Airfare, cabfare and tips, aiport parking and mileage, hotel, meals |
| 2. | Northwestern University School of Law Judicial Education Program | 10/16/2011-10/21/2011 | Chicago, IL | Economics Institute | Airfare, cabfare and tips, airport parking and mileage, hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 07/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A.G. EDWARDS/WELLS FARGO/ WACHOVIA SEC. MONEY MARKET ACCOUNTS | A | Interest | J | T | | | | | |
| 2. CAPITOL FEDERAL | A | Interest | J | T | | | | | |
| 3. IRON COUNTY, MICHIGAN (LAND, ONE ACRE) | | None | J | W | | | | | |
| 4. VALLEY VIEW BANK ACCOUNT | A | Interest | J | T | | | | | |
| 5. OPPENHEIMER GOLD & SPL A OPGSX** | A | Dividend | J | T | | | J | | |
| 6. OPPENHEIMER DEVELOPING MARKETS A OADMX** | A | Dividend | J | T | | | J | | |
| 7. OPPENHEIMER EQUITY INCOME FUND A OAEIX** (X) | A | Dividend | J | T | | | J | | |
| 8. DREYFUS SMALL CO VALUE DSCVX | A | Dividend | | | Sold | 06/28/11 | J | A | |
| 9. GABELLI UTILITIES FD CL AAA SHS GABUX | A | Dividend | J | T | | | J | | |
| 10. HARTFORD MUTUAL FDS FLOATING RATE FUND CL A HFLAX | A | Dividend | | | Sold | 04/04/11 | J | A | |
| 11. JP MORGAN TR 1 LATIN AMERICA FD JLTAX | A | Dividend | | | Sold | 01/12/11 | J | A | |
| 12. OPPENHEIMER GOLD & SPL A OPGSX | A | Dividend | | | Sold | 01/21/11 | J | A | |
| 13. RYDEX S&P MIDCAP 400 H RYBHX | A | Dividend | | | Sold | 01/21/11 | J | A | |
| 14. INVESCO ENDEAVOR FUND ATDYX | A | Dividend | | | Buy | 03/3/11 | J | | |
| 15. INVESCO ENDEAVOR FUND ATDYX | A | Dividend | | | Sold | 10/20/11 | J | A | |
| 16. FIDELITY CANADA FUND FICCX | A | Dividend | | | Buy | 03/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 07/17/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. FIDELITY CANADA FUND FICCX | A | Dividend | | | Sold | 09/21/11 | J | A | |
| 18. INVESCO PRECIOUS METALS FGLDX | A | Dividend | | | Buy | 04/04/11 | J | | |
| 19. INVESCO PRECIOUS METALS FGLDX | A | Dividend | | | Sold | 05/04/11 | J | A | |
| 20. HARTFORD FLOATING RATE HFLIX | A | Dividend | | | Buy | 04/04/11 | J | | |
| 21. HARTFORD FLOATING RATE HFLIX | A | Dividend | | | Sold | 04/20/11 | J | A | |
| 22. IVY SMALL GROWTH FUND IYSIX | A | Dividend | | | Buy | 04/20/11 | J | | |
| 23. IVY SMALL GROWTH FUND IYSIX | A | Dividend | | | Sold | 06/06/11 | J | A | |
| 24. RYDEX MID-CAP FUND RYBHX | A | Dividend | | | Buy | 04/20/11 | J | | |
| 25. RYDEX MID-CAP FUND RYBHX | A | Dividend | | | Sold | 06/06/11 | J | A | |
| 26. ARTISAN SMALL CAP ARTSX | A | Dividend | | | Buy | 06/28/11 | J | | |
| 27. ARTISAN SMALL CAP ARTSX | A | Dividend | | | Sold | 09/28/11 | J | A | |
| 28. RYDEX INVERSE 500 RYURX | A | Dividend | | | Buy | 07/22/11 | J | | |
| 29. RYDEX INVERSE 500 RYURX | A | Dividend | | | Sold | 08/02/11 | J | A | |
| 30. FIRST EAGLE GOLD FUND FEGIX | A | Dividend | J | T | Buy | 10/27/11 | J | | |
| 31. GABELI UTILITIES FUND GABUX | A | Dividend | J | T | Sold (part) | 10/20/11 | J | A | |
| 32. INTEGRITY FUNDS WILLISTON ICAPX | A | Dividend | J | T | Buy | 08/29/11 | J | | |
| 33. OPPENHEIMER SMALL MIDCAP OEGYX | A | Dividend | J | T | Buy | 10/12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 07/17/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. VIRTUS SMALL CAP FUND PXSGX | A | Dividend | J | T | Buy | 08/09/11 | J | | |
| 35. T ROWE GLOBAL TECH FUND PRGTX | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 36. R S INVT GLOBAL RESOURCES RSNYX | A | Dividend | J | T | Buy | 03/03/11 | J | | |
| 37. RYDEX MID-CAP FUND RYBHX | A | Dividend | J | T | Buy | 04/20/11 | J | | |
| 38. YACKTMAN FOCUSED FUND YAFFX | A | Dividend | J | T | Buy | 06/23/11 | J | | |
| 39. FRANKLIN GOLD FUND FGADX (Y) | A | Dividend | | | Sold | 01/21/11 | J | A | |
| 40. IVY SMALL CAP FUND WSCYX (Y) | A | Dividend | | | Sold | 02/24/11 | J | A | |
| 41. MFS EMERGING MARKET MEMAX (Y) | A | Dividend | | | Sold | 02/24/11 | J | A | |
| 42. OPPENHEIMER GOLD FUND OPGSX | A | Dividend | | | Sold | 01/21/11 | J | A | |
| 43. RYDEX INVERSE 100 RYAIX | A | Dividend | | | Buy | 09/28/11 | J | | |
| 44. RYDEX INVERSE 100 RYAIX | A | Dividend | | | Sold | 10/12/11 | J | A | |
| 45. PRUDENT BEAR FUND PBRXX | A | Dividend | | | Buy | 10/03/11 | J | | |
| 46. PRUDENT BEAR FUND PBRXX | A | Dividend | | | Sold | 10/11/11 | J | A | |
| 47. RYDEX MID-CAP 400 RYBHX | A | Dividend | J | T | Buy | 10/11/11 | J | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERGER, ROBERT D. | 07/17/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ASSETS MARKED WITH TWO ASTERISKS (**), PART VII, INVESTMENTS AND TRUSTS, LINES 5-7, ARE OWNED BY MEMBERS OF REPORTING PERSON'S FAMILY.  ASSETS LISTED ON LINES 39, 40, AND 41 OF PART VII, INVESTMENTS AND TRUSTS, WERE INADVERTENTLY OMITTED FROM MY 2010 REPORT.

| Name of Person Reporting | Date of Report |
| --- | --- |
| BERGER, ROBERT D. | 07/17/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT D. BERGER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544